The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## JOHNSON v. STATE.
### No. 15030.

Court of Criminal Appeals of Texas.
Jan. 13, 1932.

Rehearing Denied March 2, 1932.

Ben C. Chapman and W. H. Murchison, Jr., both of Haskell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for selling intoxicating liquor, punishment being one year in the penitentiary.

■ The record contains neither statement of facts nor bills of exception. In such condition no question is presented for review.

The judgment is affirmed.

### On Motion for Rehearing.

LATTIMORE, J.

■ Appellant makes an appealing motion, asserting that she has now on file a statement of facts, which we are asked to consider. There appears in the record a statement of facts which was filed in the trial court on February 8, 1932. Appellant's notice of appeal herein was given on November 4, 1931. Computation shows that the ninety days allowed by statute, after the giving of notice of appeal, in which a statement of facts may be filed, expired February 2, 1932. We regret that we cannot consider the statement of facts.

The motion for rehearing will be overruled.

MORROW, P. J., absent.

## BLACKWELL v. STATE.
### No. 15089.

Court of Criminal Appeals of Texas.
Feb. 17, 1932.

R. C. Winters, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.